# Court of Appeals
# of the State of Georgia

ATLANTA, April 24, 2018

*The Court of Appeals hereby passes the following order:*

## A18I0158. NYLGIA C. CALLAWAY v. KELLY E. SINGER.

In this divorce action, Nylgia C. Callaway seeks interlocutory review of the trial court's January 11, 2018 order denying Callaway's motion for custody of and visitation with Kelly E. Singer's minor children and granting Singer's motion for partial summary judgment. The trial court issued a certificate of immediate review twelve days later, on January 23, 2018. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Wilcher v. Confederate Packaging, Inc.*, 287 Ga. App. 451, 452 (1) (651 SE2d 790) (2007).

Here, the trial court did not enter its certificate of immediate review within ten days of the order Callaway seeks to appeal. Accordingly, we lack jurisdiction over this application for interlocutory appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/24/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*